OCTOBER 7, 1994

No. 93–1408. NEW YORK STATE CONFERENCE OF BLUE CROSS & BLUE SHIELD PLANS ET AL. *v.* TRAVELERS INSURANCE CO. ET AL.;

No. 93–1414. CUOMO, GOVERNOR OF NEW YORK, ET AL. *v.* TRAVELERS INSURANCE CO. ET AL.; and

No. 93–1415. HOSPITAL ASSOCIATION OF NEW YORK STATE *v.* TRAVELERS INSURANCE CO. ET AL. C. A. 2d Cir. Certiorari in Nos. 93–1408 and 93–1414 granted. Certiorari in No. 93–1415 granted limited to Question 1 presented by the petition. Cases consolidated and a total of one hour allotted for oral argument.

Briefs of petitioners are to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, November 16, 1994. Briefs of respondents are to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, December 13, 1994. Reply briefs, if any, are to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Thursday, December 29, 1994. This Court's Rule 29.2 does not apply.